078250.0644(207)　　　　　　　　　JLF:lb　　　　　　　　　　　　　　#397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18 C 5951 |
| BELL & ARTHUR CONDOMINIUM ASSOCIATION, an Illinois not-for-profit corporation, MICHAEL MENTO, LISA MIJATOVIC, DRITON RAMUSHI, SELI BENKO, ALAN ALHOMSI, and NAWWAR ALHOMSI, | ) ) ) ) ) ) ) ) | Judge Tharp<br><br>Magistrate Judge Mason |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Cambridge Mutual Fire Insurance Company ("Cambridge"), by its attorneys, Robert Marc Chemers and Jonathan L. Federman of Pretzel & Stouffer, Chartered, and moves this Honorable Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1 and submits its Statement of Material Facts and its Memorandum of Law in support.

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　PRETZEL & STOUFFER, CHARTERED


　　　　　　　　　　　　　　　　　　By: **/s/ Jonathan L. Federman**
　　　　　　　　　　　　　　　　　　　　　Jonathan L. Federman

Robert Marc Chemers | ARDC No.: 00431508
Jonathan L. Federman | ARDC No.:  6312779
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7548
Fax: (312) 346-8242
E-Mail: rchemers@pretzel-stouffer.com
jfederman@pretzel-stouffer.com
*Attorneys for Plaintiff Cambridge Mutual Fire Insurance Company*

2