078250.0644(207)　　　　　　　　　RMC:lab　　　　　　　　　　　　　　　　#397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No. 18 C 5951 |
| **BELL & ARTHUR CONDOMINIUM ASSOCIATION,** an Illinois not-for-profit corporation, **MICHAEL MENTO, LISA MIJATOVIC, DRITON RAMUSHI, SELI BENKO, ALAN ALHOMSI,** and **NAWWAR ALHOMSI,** | ) ) ) ) ) ) ) | Judge John J. Tharp, Jr.  Magistrate Judge Mason |
| **Defendants.** | ) ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the Plaintiff, Cambridge Mutual Fire Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Rule 41 of the Federal Rules of Civil Procedure moves this Honorable Court for the voluntary dismissal of this action, said dismissal to be with prejudice, and with each party to bear its own costs.

Respectfully submitted:

*/s/ Robert Marc Chemers*
Robert Marc Chemers

Robert Marc Chemers
Bar No. 0431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7548
Fax: (312) 346-8242
E-mail: rchemers@pretzelstouffer.com

*Attorneys for Plaintiff Cambridge Mutual Fire Insurance Company*