## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cambridge Mutual Fire Insurance Company

                                      Plaintiff,

v.                                                                    Case No.: 1:18−cv−05951
                                                                   Honorable John J. Tharp Jr.

Bell & Arthur Condominium Association, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Telephone status hearing held. In the absence of objections or responses, Plaintiff's motion to dismiss [146], is granted. Case is terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.